■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK JOHNSON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Aiello, J.), rendered December 10, 1984, convicting him of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the defendant's contentions that the court abused its discretion in failing to grant adjournments prior to and during trial, and find them to be without merit *(see, People v Spears,* 64 NY2d 698; *People v Africk,* 107 AD2d 700). We have considered the defendant's other contention and find it to be unpreserved for appellate review *(see, People v West,* 56 NY2d 662), and in any event, any error was harmless in view of the clearly overwhelming proof of the defendant's guilt. Mangano, J. P., Bracken, Kunzeman and Harwood, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH KIRKLAND, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Schneier, J.), rendered November 1, 1985, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Upon the exercise of our factual review power, we are satisfied that the evidence established the defendant's guilt beyond a reasonable doubt and that the verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]). There is no basis to disturb the jury's determination crediting the testimony of the prosecution's witnesses and not crediting the defendant's testimony *(see, People v Shapiro,* 117 AD2d 688, *lv denied* 67 NY2d 950). Mangano, J. P., Bracken, Kunzeman and Harwood, JJ., concur.